Name: Cindy Ekins
Address: 158 E 800 S Genola
Telephone: 801 754 5441

RECEIVED CLERK
MAY 14 2014
U.S. DISTRICT COURT

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
MAY 19 2014
D. MARK JONES, CLERK
DEPUTY CLERK

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## Central DIVISION

~~Cindy Ekins POA for~~ CO Troy Gustafson
(Full Name)
**PLAINTIFF**

vs.

UCMC Officer John Luke #11534
95 E. Ctr. St.
Orem, UT 84057

**DEFENDANTS**

**CIVIL RIGHTS COMPLAINT**
(42 U.S.C §1983, §1985)

CIVIL NO. _____
(Supplied by Clerk)

Case: 2:14cv00367
Assigned To : Benson, Dee
Assign. Date : 5/14/2014
Description: Gustafson v. Luke

### A. JURISDICTION

1. Jurisdiction is proper in this court according to:

   a. _X_ 42 U.S.C. §1983
   b. ___ 42 U.S.C. §1985
   c. ___ Other (Please Specify) _____

2. NAME OF PLAINTIFF ~~Cindy Ekins~~ CO/POA for Troy Gustafson 158020
   IS A CITIZEN OF THE STATE OF Utah   PO Box 250   PCF C-21
                                                    Draper, UT 84020

   PRESENT MAILING ADDRESS: Cindy Ekins PO Box 474
   Santaquin, UT 84655

3. NAME OF FIRST DEFENDANT  UCMC Officer John Luke # 11J34
   IS A CITIZEN OF  Utah
   (City and State)

   IS EMPLOYED AS  Officer UT.CO. Mjr Crimes Task Force  at  Orem Utah
   (Position and Title if Any)   (Organization)
   Was the defendant acting under the authority or color of state law at the time these claims occurred?

   YES  X  NO ___. If your answer is "YES" briefly explain.

   Assisting in a traffic violation pull over of a vehicle in Spanish Fork, Utah.

4. NAME OF SECOND DEFENDANT _____
   (If applicable)

   IS A CITIZEN OF _____
   (City and State)

   IS EMPLOYED AS _____ at _____
   (Position and Title if Any)   (Organization)
   Was the defendant acting under the authority or color of state law at the time these claims occurred?

   YES ___ NO ___. If your answer is "YES" briefly explain.

   _____
   _____
   _____

5. NAME OF THIRD DEFENDANT _____
   (If applicable)

   IS A CITIZEN OF _____
   (City and State)
   IS EMPLOYED AS _____ at _____
   (Position and Title if Any)   (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES ___ NO ___. If your answer is "YES" briefly explain.

_____
_____
_____

6. NAME OF FOURTH DEFENDANT_____
   (If applicable)

   IS A CITIZEN OF_____
             (city and State)

   IS EMPLOYED AS_____ at _____.
      (Position and Title if Any)   (Organization)

   Was the defendant acting under the authority or color of state law at the time these claims occurred?

   YES ___ NO ___. If your answer is "YES" briefly explain.

   _____
   _____
   _____

(Use additional sheets of paper if necessary.)

### B. NATURE OF CASE

1. Why are you bringing this case to court? Please explain the circumstances that led to the problem.

   I was arrested by deadly force during a simple traffic violation as a passenger of that vehicle. I was on parole so I exited the vehicle and while exiting was ran into 2 times by a 2 ton SUV driven by John Luke. He hit me twice in the back then jumped on my back. When I finally got it X-Rayed it had been broken. Officer Luke helped defer proper medical treatment of my back.

## C. CAUSE OF ACTION

1. I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

   a. (1) Count I: Arrest by deadly force by hitting me Luke broke my back by twice with 2 ton vehicle and jumping on my back.

   (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing legal authority or arguments.)
   Ran into my back twice with his 2 ton (4 ton) vehicle then jumped on back which caused a compression fracture of my spine. No warning was given to me by Luke.

   b. (1) Count II: Helped defer proper medical X-Ray/MRI treatment by information given to Dr. at MVH on my broken back in Payson UT

   (2) Supporting Facts: John Luke took me to Payson Hospital/Told Dr Vizmeg I was in handcuffs because of being arrested for Methamphotimines Dr. said: "He's OK, after 20 minutes later taking my vitals - Take him out and book him."

   c. (1) Count III: Improper treatment at UCJ in Spfk UT where John Luke took me - No Medical X-Rays for 2 weeks on my broken back.

c. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) My Attorney advised me to plead guilty to charges Not Proven to receive less time in prison. Parole violation!

d. Issues raised: _____

e. When did you file the lawsuit? _____ Date Month Year

f. When was it (will it be) decided? _____

2. Have you previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C? YES ___ / NO _X_. If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.

Am still working on legal forms.

### F. REQUEST FOR RELIEF

1. I believe that I am entitled to the following relief: Jury Trial and All medical, Dr, hospital bills, $2 million, be paid by John Luke. I have been suffering severely and will for life... Physically and mentally since this happened. With hardly no proper medical treatment for pain and suffering and am asking for 2 million dollars for that relief.

(2) Supporting Facts: John Luke took me to Utah County Jail where I didn't receive X-Rays on back that he broke for almost 2 weeks! 2 weeks can make a difference in the bone healing process.

## D. INJURY

1. How have you been injured by the actions of the defendant(s)?

Yes, John Luke broke my back. I will have pain and suffering from it for the rest of my life.

## E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action or otherwise relate to the conditions of your imprisonment? YES____ / NO _X_. If your answer is "YES," describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

   a. Parties to previous lawsuit:

      Plaintiff(s): _____

      Defendant(s): _____

   b. Name of court and case or docket number: _____

# DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint, and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C §1621.

Executed at  Santaquin UT  on  May 9, 2014.
            (Location)            (Date)

_____
Signature

JURAT
State of  Utah
County of  Utah
Subscribed and sworn before me this 9 day of May, 20'14
by  Cindy Ekins

_____
Notary Public
My Commission Expires:
Oct. 8, 2016



MANDY JEFFS
Notary Public
State of Utah
Comm. No. 659283
My Comm. Expires Oct 8, 2016